COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Taras Sozanski v. Lida Plesh

Appellate case number:  01-11-01071-CV

Trial court case number: 2011-13159

Trial court:            310th District Court of Harris County

The District Court Clerk is **ORDERED** to file a supplemental clerk's record in this Court that contains the following documents:

1.    "Original Petition for Divorce" filed March 3, 2011, image number 48053281;

2.    "Affidavit from Authorized Process Server" filed May 31, 2011, image number 49136923; and

3.    "Motion for Alternative Service" filed June 27, 2011, image numbers 49153159, 49153162, and 49153161.

Tex. R. App. P. 34.5(c). The supplemental clerk's record is to be filed in this Court by **September 24, 2012**.

The cost of preparing this record will be assessed as part of the costs of this appeal upon issuance of this Court's judgment.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                    ☑ Acting individually    ☐ Acting for the Court

Date: September 17, 2012